Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R. ZIMMER PAINTING & WALLCOVERING, INC., a California corporation; and ROBERT JOSEPH ZIMMER, an individual,<br><br>Defendants. | Case No.:  C12-5346 JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendants R. ZIMMER PAINTING & WALLCOVERING, INC., a California corporation, and ROBERT JOSEPH ZIMMER, an individual.  Defendants have not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 30th day of January, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION
By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C12-5346 JSC**

1  IT IS SO ORDERED.

2      This case is dismissed without prejudice.

3

4  Date: January 31, 2013          _____
                                         UNITED STATES MAGISTRATE JUDGE

5                                           Jacqueline Scott Corley

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **January 30, 2013**, I served the following document(s) on the parties to this action in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

XX  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

| | |
|---|---|
| **R. Zimmer Painting & Wallcovering, Inc.** <br> **2057 Buena Vista Avenue** <br> **Alameda, CA 94501** | **Robert Joseph Zimmer** <br> **2057 Buena Vista Avenue** <br> **Alameda, CA 94501** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of January, 2013, at San Francisco, California.

/s/
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C12-5346 JSC**

\\files\public\CLIENTS\PATCL\R. Zimmer 6\Pleadings\C12-5346 JSC - Notice of Voluntary Dismissal 013013.docx